UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

In re: ALBRECHT, JEFFREY § Case No. 11-84032
ALBRECHT, PAMELA §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 04/09/2012 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: 02/27/2012     By: /s/MEGAN G. HEEG
                           Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

In re: ALBRECHT, JEFFREY § Case No. 11-84032
    ALBRECHT, PAMELA §
                   §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*   $ 6,051.74

*and approved disbursements of*   $ 50.00

*leaving a balance on hand of* [1]   $ 6,001.74

**Balance on hand:**   $ 6,001.74

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

     Total to be paid to secured creditors:   $ 0.00
     Remaining balance:   $ 6,001.74

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 1,355.17 | 0.00 | 1,355.17 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger & Lee | 911.25 | 0.00 | 911.25 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger & Lee | 30.75 | 0.00 | 30.75 |

     Total to be paid for chapter 7 administration expenses:   $ 2,297.17
     Remaining balance:   $ 3,704.57

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,704.57

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 3,704.57

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 27,520.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Midland Credit Manangement, Inc. | 9,312.17 | 0.00 | 1,253.51 |
| 2 | Capital One Bank (USA), N.A. | 448.35 | 0.00 | 60.35 |
| 3 | Chase Bank USA, N.A. | 9,405.99 | 0.00 | 1,266.13 |
| 4 | Main Street Acquisitions Corp., assignee | 4,332.61 | 0.00 | 583.21 |
| 5 | American InfoSource LP as agent for | 99.08 | 0.00 | 13.34 |
| 6 | LVNV Funding LLC | 3,922.72 | 0.00 | 528.03 |

Total to be paid for timely general unsecured claims: $ 3,704.57
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-84032-MB
Jeffrey Albrecht                                                    Chapter 7
Pamela Albrecht
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: lorsmith              Page 1 of 2            Date Rcvd: Mar 02, 2012
                              Form ID: pdf006             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2012.
```
db/jdb     +Jeffrey Albrecht,    Pamela Albrecht,    519 Washington Street,    Prophetstown, IL 61277-1118
17797889   +Albrecht Jeffrey,    519 Washington Street,    Prophetstown, IL 61277-1118
17797890   +Albrecht Pamela,    519 Washington Street,    Prophetstown, IL 61277-1118
17797892   +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
17797895   +CBE Group,   1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
17797893    Capital One,    P.O. Box 71083,    Charlotte, NC 28272-1083
18044447    Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
             Charlotte, NC 28272-1083
17797894   +Cardiovascular Medicine,    P.O. Box 428,    Davenport, IA 52805-0428
17797896   +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
18046702    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17797897   +Citizens Bank,    328 S Saginaw Street,    Flint, MI 48502-1940
17797898   +Gateway Surgery Center,    841 Springdale Drive,    Clinton, IA 52732-3579
18101093    Main Street Acquisitions Corp., assignee,    of HSBC CARD SERVICES (III) INC.,
             c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17797900   +Main Street Acquisiton,    2877 Paradise Rd Unit 30,    Las Vegas, NV 89109-5236
17797901    Medical Arts Associates, Ltd.,    600 John Deere Road, Suite 200,    Moline, IL 61265-6897
17797904   +Select Empcu,   2412 Freeport,    Sterling, IL 61081-7626
17797905    University Of Iowa Health Care,    P.O. Box 14551,    Des Moines, IA 50306-3551
17797906    University Of Iowa Hospital Dentistry,    200 Hawkins Drive,    Prophetstown, IL 61277-1118
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18304846    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 03 2012 03:41:03
             American InfoSource LP as agent for,    RJM Acquisitions, LLC,
             as assignee of NURSE'S BOOK SOCIETY BOOK,    PO Box 268850,    Oklahoma City, OK 73126-8850
18353756    E-mail/Text: resurgentbknotifications@resurgent.com Mar 03 2012 02:37:43     LVNV Funding LLC,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
17797899   +E-mail/Text: resurgentbknotifications@resurgent.com Mar 03 2012 02:37:43     Lvnv Funding Llc,
             Po Box 740281,    Houston, TX 77274-0281
18028768   +E-mail/Text: brenden.magnino@mcmcg.com Mar 03 2012 02:38:23     Midland Credit Manangement, Inc.,
             8875 Aero Drive, Suite 200,    San Diego CA 92123-2255
17797902   +E-mail/Text: brenden.magnino@mcmcg.com Mar 03 2012 02:38:23     Midland Credit Mgmt,
             8875 Aero Dr,   San Diego, CA 92123-2255
17797903   +E-mail/Text: bankrup@nicor.com Mar 03 2012 02:37:58     Nicor Gas,    1844 Ferry Road,
             Naperville, IL 60563-9600
17797891    E-mail/Text: ELOHSE@FRONTIERNET.NET Mar 03 2012 02:38:47     Thomas H Senneff,
             408 11th Ave PO Box 347,    Fulton, IL 61252-0347
                                                                                               TOTAL: 7
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 04, 2012**                **Signature:**   *Joseph Speetjens*

```
District/off: 0752-3         User: lorsmith              Page 2 of 2                  Date Rcvd: Mar 02, 2012
                             Form ID: pdf006             Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2012 at the address(es) listed below:
          David M Blaskovich   on behalf of Creditor  Citizens Banking Corporation dmblasko@cwblawfirm.com
          Megan G Heeg   on behalf of Trustee Megan Heeg heeg@egbbl.com
          Megan G Heeg   heeg@egbbl.com, IL55@ecfcbis.com
          Patrick S Layng   USTPRegion11.MD.ECF@usdoj.gov
          Thomas H Senneff   on behalf of Debtor Jeffrey Albrecht thomassenneff@frontiernet.net
          TOTAL: 5