## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

| | |
|---|---|
| In re: ALBRECHT, JEFFREY | § Case No. 11-84032 |
| ALBRECHT, PAMELA | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $197,135.23             Assets Exempt: $81,654.23
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,704.57     Claims Discharged
                                                Without Payment: $33,834.56

Total Expenses of Administration: $2,347.17

---

3) Total gross receipts of $  6,051.74   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $6,051.74 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $111,850.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,347.17 | 2,347.17 | 2,347.17 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 38,007.56 | 27,520.92 | 27,520.92 | 3,704.57 |
| **TOTAL DISBURSEMENTS** | $149,857.56 | $29,868.09 | $29,868.09 | $6,051.74 |

    4) This case was originally filed under Chapter 7 on September 15, 2011. The case was pending for 10 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/10/2012     By: /s/MEGAN G. HEEG
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Country Companies Life Insurance Policy insuranc | 1129-000 | 6,051.69 |
| Interest Income | 1270-000 | 0.05 |
| **TOTAL GROSS RECEIPTS** | | **$6,051.74** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Bank Of America, N.a. | 4110-000 | 39,612.00 | N/A | N/A | 0.00 |
| NOTFILED | Citizens Bank | 4110-000 | 8,069.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America, N.a. | 4110-000 | 64,169.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$111,850.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 1,355.17 | 1,355.17 | 1,355.17 |
| Ehrmann Gehlbach Badger & Lee | 3110-000 | N/A | 911.25 | 911.25 | 911.25 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed |
|---|---|---|---|---|---|
| Ehrmann Gehlbach Badger & Lee | 3120-000 | N/A | 30.75 | 30.75 | 30.75 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,347.17 | 2,347.17 | 2,347.17 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Midland Credit Manangement, Inc. | 7100-000 | 9,312.00 | 9,312.17 | 9,312.17 | 1,253.51 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 448.35 | 448.35 | 448.35 | 60.35 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 9,405.00 | 9,405.99 | 9,405.99 | 1,266.13 |
| 4 | Main Street Acquisitions Corp., assignee | 7100-000 | 4,749.00 | 4,332.61 | 4,332.61 | 583.21 |
| 5 | American InfoSource LP as agent for | 7100-000 | N/A | 99.08 | 99.08 | 13.34 |
| 6 | LVNV Funding LLC | 7100-000 | 4,075.00 | 3,922.72 | 3,922.72 | 528.03 |
| NOTFILED | Nicor Gas | 7100-000 | 24.00 | N/A | N/A | 0.00 |
| NOTFILED | Medical Arts Associates, Ltd. | 7100-000 | 92.00 | N/A | N/A | 0.00 |
| NOTFILED | University Of Iowa Health Care | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Select Empcu | 7100-000 | 1,419.00 | N/A | N/A | 0.00 |
| NOTFILED | Gateway Surgery Center | 7100-000 | 230.98 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | University Of Iowa Hospital Dentistry | 7100-000 | 6,320.00 | N/A | N/A | 0.00 |
| NOTFILED | Cardiovascular Medicine | 7100-000 | 55.62 | N/A | N/A | 0.00 |
| NOTFILED | CBE Group | 7100-000 | 376.61 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 38,007.56 | 27,520.92 | 27,520.92 | 3,704.57 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-84032  
**Case Name:** ALBRECHT, JEFFREY  
ALBRECHT, PAMELA  
**Period Ending:** 07/10/12  

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 09/15/11 (f)  
**§341(a) Meeting Date:** 10/21/11  
**Claims Bar Date:** 01/24/12  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Debtors' home located at 519 Washington, Prophet | 121,821.00 | 0.00 | DA | 0.00 | FA |
| 2 | Select Employees Credit Union Checking Account | 1,193.70 | 0.00 | DA | 0.00 | FA |
| 3 | Select Employees Credit Union Savings Account in | 120.53 | 0.00 | DA | 0.00 | FA |
| 4 | One lot of ordinary household goods and furnishi | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Two lots of wearing apparel owned by debtors | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Country Companies Life Insurance Policy insuranc | 5,915.10 | 6,051.69 | | 6,051.69 | FA |
| 7 | Construction Industry Retirement Fund of Rockfor | 55,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2004 Dodge Ram 2500 | 9,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Jayco Travel Trailer | 7,500.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.05 | FA |
| 10 | Assets Totals (Excluding unknown values) | **$203,050.33** | **$6,051.69** | | **$6,051.74** | **$0.00** |

**Major Activities Affecting Case Closing:**

To do:
1. Review claims after claims bar date

**Initial Projected Date Of Final Report (TFR):** March 28, 2012  
**Current Projected Date Of Final Report (TFR):** February 27, 2012 (Actual)

Printed: 07/10/2012 08:10 AM   V.12.57

Case 11-84032    Doc 37    Filed 07/10/12    Entered 07/10/12 08:12:02    Desc Main
Document      Page 7 of 8

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-84032  
**Case Name:** ALBRECHT, JEFFREY  
ALBRECHT, PAMELA  
**Taxpayer ID #:** \*\*-\*\*\*3169  
**Period Ending:** 07/10/12  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-\*\*\*\*\*\*03-65 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/23/11 | {6} | Country Life Insurance Company | life insurance policy | 1129-000 | 6,051.69 | | 6,051.69 |
| 01/25/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,026.69 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,026.74 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,001.74 |
| 02/24/12 | | To Account #9200\*\*\*\*\*\*0367 | prepare final report | 9999-000 | | 6,001.74 | 0.00 |

|  | ACCOUNT TOTALS | 6,051.74 | 6,051.74 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers | 0.00 | 6,001.74 | |
|  | **Subtotal** | 6,051.74 | 50.00 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | **NET Receipts / Disbursements** | **$6,051.74** | **$50.00** | |

{} Asset reference(s)     Printed: 07/10/2012 08:10 AM   V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-84032  
**Case Name:** ALBRECHT, JEFFREY  
ALBRECHT, PAMELA  
**Taxpayer ID #:** **-***3169  
**Period Ending:** 07/10/12

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******03-67 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/24/12 | | From Account #9200******0365 | prepare final report | 9999-000 | 6,001.74 | | 6,001.74 |
| 04/25/12 | 1001 | MEGAN G. HEEG | Dividend paid 100.00% on $1,355.17, Trustee Compensation; Reference: | 2100-000 | | 1,355.17 | 4,646.57 |
| 04/25/12 | 1002 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $911.25, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 911.25 | 3,735.32 |
| 04/25/12 | 1003 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $30.75, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 30.75 | 3,704.57 |
| 04/25/12 | 1004 | Midland Credit Manangement, Inc. | Dividend paid 13.46% on $9,312.17; Claim# 1; Filed: $9,312.17; Reference: 8538420250 | 7100-000 | | 1,253.51 | 2,451.06 |
| 04/25/12 | 1005 | Capital One Bank (USA), N.A. | Dividend paid 13.46% on $448.35; Claim# 2; Filed: $448.35; Reference: 5291-0718-5849-2901 | 7100-000 | | 60.35 | 2,390.71 |
| 04/25/12 | 1006 | Chase Bank USA, N.A. | Dividend paid 13.46% on $9,405.99; Claim# 3; Filed: $9,405.99; Reference: 4266851045894851 | 7100-000 | | 1,266.13 | 1,124.58 |
| 04/25/12 | 1007 | Main Street Acquisitions Corp., assignee | Dividend paid 13.46% on $4,332.61; Claim# 4; Filed: $4,332.61; Reference: 6011381000568632 | 7100-000 | | 583.21 | 541.37 |
| 04/25/12 | 1008 | American InfoSource LP as agent for | Dividend paid 13.46% on $99.08; Claim# 5; Filed: $99.08; Reference: | 7100-000 | | 13.34 | 528.03 |
| 04/25/12 | 1009 | LVNV Funding LLC | Dividend paid 13.46% on $3,922.72; Claim# 6; Filed: $3,922.72; Reference: 0593601101815650 | 7100-000 | | 528.03 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,001.74 | 6,001.74 | $0.00 |
| | | | Less: Bank Transfers | | 6,001.74 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 6,001.74 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$6,001.74** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******03-65** | 6,051.74 | 50.00 | 0.00 |
| **Checking # 9200-******03-67** | 0.00 | 6,001.74 | 0.00 |
| | **$6,051.74** | **$6,051.74** | **$0.00** |

{} Asset reference(s)

Printed: 07/10/2012 08:10 AM    V.12.57